| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) HUFF, MARILYN L | 2. Court or Organization USDC, SOUTHERN DIST. OF CALIF. | 3. Date of Report 05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) ACTIVE DISTRICT JUDGE | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☒ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address 940 FRONT STREET SAN DIEGO, CA 92101-8913 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 MAY 21 A 10: 44 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | DLA Piper, Attorney |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | State Bar Texas | Olympic Valley CA 7/27/06-7/28/06 - Speaker, Transportation, Lodging, Food |
| 2. | State Bar California | Santa Barbara, CA 11/02/06 - 11/04/06 - Speaker, Transportation, Lodging, Food |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Chase Manhattan | Share of real estate mortgage | K |
| 2. | Union Bank | Real estate mortgage | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Boggs Inv., San Diego, CA | E | Rent | O | W | | | | | |
| 2. Trust # 2 Income Benef, Rental #1, Broward Co, FL | | None | | | Distribution | 1/05 | J | | |
| 3. Sun Oil | A | Dividend | L | T | | | | | |
| 4. Rental property, S.D.,CA | D | Rent | O | W | | | | | |
| 5. Wells Fargo Accounts-SDCA | C | Interest | M | T | | | | | |
| 6. American General BB | A | Interest | K | T | | | | | |
| 7. 401k & Profit Sharing * Total Value | E | Interest | P1 | T | | | | | |
| 8. (Beneficial Share) | | Dividend | | | | | | | |
| 9. Sched of Assets & Transactions | | | | | | | | | |
| 10. Trust B | D | Interest | N | T | | | | | |
| 11. Fidelity Brokeragelink Account: B OK Fin. | | | | | Transfer | 1/05 | | | |
| 12. Vanguard Total Intl Stock In | B | Dividend | M | T | | | | | |
| 13. Vanguard Bond Index | D | Interest | N | T | | | | | |
| 14. Vanguard ST Bond Index | D | Interest | N | T | | | | | |
| 15. Vanguard In. S&P 500 | D | Dividend | N | T | | | | | |
| 16. Vanguard Value Index | D | Dividend | M | T | | | | | |
| 17. Vanguard Growth Index | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Sm. Cap Stock Index | B | Dividend | M | T | | | | | |
| 19. Dodge & Cox | A | Dividend | L | T | | | | | |
| 20. Fam Value | A | Dividend | | | Sold | 7/31 | K | | |
| 21. Spartan Ext. Market | A | Dividend | L | T | | | | | |
| 22. T. Rowe Price Intl. Bond | B | Interest | K | T | | | | | |
| 23. Vanguard Intl. Growth Port. | | None | K | T | | | | | |
| 24. Vanguard Windsor II | B | Dividend | M | T | | | | | |
| 25. Vanguard Sm. Cap. Value | C | Dividend | M | T | | | | | |
| 26. I Shares MSC 1 | A | Dividend | L | T | | | | | |
| 27. I Shares S&P 600 Sm. Cap Growth Index | A | Dividend | K | T | | | | | |
| 28. Vanguard High Yield Corp. | D | Interest | L | T | | | | | |
| 29. Vanguard GNMA | D | Interest | L | T | | | | | |
| 30. Vanguard Intl. Prot. | C | Interest | M | T | | | | | |
| 31. Pimco Total Return Cl.D | C | Interest | L | T | | | | | |
| 32. Vanguard Equity | A | Dividend | K | T | Bought | 8/01 | K | | |
| 33. Power Shares Dynamic Market | A | Dividend | | | Sold | 8/02 | K | C | |
| 34. Fidelity Cash Reserves | A | Interest | | | Transfer | 1/05 | K | | |

1. Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
3. Value Method Codes    P3 =$25,000,001 - $50,000,000    R =Cost (Real Estate Only)    P4 =More than $50,000,000
(See Column C2)    Q =Appraisal    V =Other    S =Assessment    T =Cash Market
   U =Book Value    W =Estimated

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Ap Cash Management | A | Interest | K | T | Transfer | 1/05 | K | | |
| 36. Columbia Liberty | D | Dividend | M | T | | | | | |
| 37. OTHER ASSETS in 401(k) PROFIT SHARING | | | | | | | | | |
| 38. Columbia Acorn Z | | None | | | | | | | |
| 39. Live Oak Assoc III | | None | J | T | | | | | |
| 40. First Reg. Bank IRA mm | A | Interest | K | T | | | | | |
| 41. END OF ASSETS IN 401(k) | | | | | | | | | |
| 42. IRA American General | A | Interest | K | T | | | | | |
| 43. Charles Schwab IRA Total Value ** | | | O | T | | | | | Assets listed below |
| 44. SCHEDULE OF ASSETS & TRANSACTIONS | | | | | | | | | |
| 45. U.S. Treas Strip 25K 8/5/2008 | | None | K | T | | | | | |
| 46. Ball Corp | A | Dividend | K | T | | | | | |
| 47. Glaxo Smith Kline | A | Dividend | J | T | | | | | |
| 48. Eli Lilly | A | Dividend | J | T | | | | | |
| 49. Alcoa Inc. | A | Dividend | J | T | | | | | |
| 50. Pimco Total Return | C | Interest | L | T | | | | | |
| 51. Vanguard Bond Index | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes: (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52.    Marathon (USX) | A | Dividend | J | T | | | | | |
| 53.    SBC Comm./ATT New | A | Dividend | J | T | | | | | |
| 54.    Vodafone Group | A | Dividend | J | T | | | | | |
| 55.    Vanguard Windsor II | A | Dividend | K | T | | | | | |
| 56.    DFA U.S. Micro Cap | B | Dividend | L | T | | | | | |
| 57.    DFA Int. Lg. Cap. Val. | A | Dividend | K | T | | | | | |
| 58.    DFA Lg. Cap. Val | A | Dividend | L | T | | | | | |
| 59.    DFA Int. Sm. Cap. Val. | A | Dividend | K | T | | | | | |
| 60.    Vanguard Wrld Int. Growth | | None | K | T | | | | | |
| 61.    Vanguard Growth Index | A | Dividend | K | T | | | | | |
| 62.    Schwab Money Market - H | A | Interest | J | T | | | | | |
| 63.    Home Depot | A | Dividend | K | T | | | | | |
| 64.    AT&T (Media One) (USW) | A | Dividend | J | T | | | | | |
| 65.    Comcast | A | Dividend | J | T | | | | | |
| 66.    Longleaf Small Cap. | A | Dividend | K | T | | | | | |
| 67.    Vanguard Short Term CRP Grade | B | Interest | K | T | | | | | |
| 68.    Vanguard GNMA | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69.  Vanguard Hl-Yld Corp. | C | Interest | K | T | | | | | |
| 70.  Vanguard Ex. Mkt. Ind. | A | Dividend | J | T | | | | | |
| 71.  T Rowe Price Sci. & Tech | | None | J | T | | | | | |
| 72.  Vanguard REIT | A | Dividend | K | T | | | | | |
| 73.  DFA 6-10 US Sm. Cap. Value | A | Dividend | K | T | | | | | |
| 74.  DFA US Large Cap Port | B | Dividend | M | T | | | | | |
| 75.  DFA 6-10 US Small Cap. Port | A | Dividend | K | T | | | | | |
| 76.  DFA 5yr. Global | A | Interest | K | T | | | | | |
| 77.  Vanguard Short Term Bond Index | B | Interest | K | T | | | | | |
| 78.  Vanguard Inflation Prot. | A | Interest | K | T | | | | | |
| 79.  END OF ASSETS IN IRA-MLH | | | | | | | | | |
| 80.  Schwab Cal Muni Mut Fund | C | Interest | M | T | | | | | |
| 81.  GCWF Partners I | | None | J | T | | | | | |
| 82.  GCWF Partners II | | None | J | T | | | | | |
| 83.  GCWF Ventures I | | None | J | T | | | | | |
| 84.  GCWF (A-E) Invest. Partners I | C | Distribution | J | T | | | | | |
| 85.  GCWF (F-N) Invest Partners II | E | Distribution | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. DLA Piper Real Estate Fund | | None | J | T | Bought | 8/24 | J | | |
| 87. DLA Piper Venture 2006 | | None | | | Bought | 8/24 | J | | |
| 88. DLA Piper Venture 2006 | | None | | | Bought | 12/20 | J | | |
| 89. Wells Fargo Bank BB SDCA | A | Interest | J | T | | | | | |
| 90. Schwab Custodial Money Market (BB) | A | Interest | J | T | | | | | |
| 91. NASDAQ 100 (BB) | A | Dividend | J | T | | | | | |
| 92. Vanguard Windsor II (BB) | A | Dividend | K | T | | | | | |
| 93. Pfizer | A | Dividend | J | T | | | | | |
| 94. Qualcomm | A | Dividend | J | T | | | | | |
| 95. FluroProbe (Onco Fluor, Inc.)* | | None | K | W | | | | | *Name Change 2007 |
| 96. Bella Mar RV Park LLC | | None | L | T | | | | | |
| 97. TPC Santee Palermo | A | Interest | | | Sold | 11/14 | L | | |
| 98. Altria | A | Dividend | K | T | bought | 2/14 | K | | |
| 99. Extreme Networks | | None | J | T | | | | | |
| 100. II-IV, Inc. | | None | J | T | | | | | |
| 101. Neurocrine Bio | | | J | T | Bought | 4/7 | J | | |
| 102. Cisco Systems | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Quality Systems, Inc. | A | Dividend | J | T | Sold Portion | 2/10 | J | D | |
| 104. Quality Systems, Inc. | A | Dividend | J | T | Split | 3/24 | | | |
| 105. Genzyme Corp. | | None | J | T | | | | | |
| 106. Occidental Pet. | A | Dividend | K | T | Split | 8/16 | | | |
| 107. Halliburton | A | Dividend | K | T | Split | 7/14 | | | |
| 108. QLT | | None | K | T | | | | | |
| 109. Cardium Therapeutics | | None | J | T | Bought | 12/15 | J | | |
| 110. World Savings | B | Interest | M | T | | | | | |
| 111. Property, San Diego Co., CA-Appraisal Date 8/18/03 | F | Rent | P1 | Q | | | | | |
| 112. ISH Index FD | | None | J | T | Bought | 1/09 | J | | |
| 113. ISH Index FD | | None | J | T | Bought | 4/27 | J | | |
| 114. ISH S&P MIDCA PY00 | A | Dividend | J | T | Bought | 1/09 | J | | |
| 115. ISH S&P Sm.Cap 600 | A | Dividend | J | T | | 1/09 | J | | |
| 116. Allianz Div Fund | A | Dividend | K | T | | 2/02 | J | | |
| 117. Templeton World` | A | Dividend | K | T | Bought | 1/27 | J | | |
| 118. DL Trust Schwab MM | A | Interest | K | T | | | | | |
| 119. RSB IRA Smith Barney | C | Dividend | L | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. IDEX Med. Growth (IRA) | B | Dividend | L | T | | | | | |
| 121. IDEX Growth Port. (IRA) | A | Dividend | | | Sold | 11/30 | J | A | |
| 122. Smith Barney Muni MM | A | Interest | K | T | | | | | |
| 123. Power Shares High Yld. Eq. | A | Dividend | J | T | | | | | |
| 124. Calamos Growth Fd. | | None | J | T | | | | | |
| 125. USE SDCA | A | Interest | J | T | | | | | |
| 126. USE MM SDCA | B | Interest | L | T | | | | | |
| 127. USE CD SDCA | A | Interest | K | T | | | | | |
| 128. Vanguard MM | D | Interest | K | T | Bought | 6/01 | M | | |
| 129. Vanguard MM | D | None | N | T | Bought | 7/19 | M | | |
| 130. SD Bank | | None | M | T | Bought | 4/19 | M | | |
| 131. Vanguard Cal MM | D | Dividend | N | T | Buy | 6/1 | M | | |
| 132. Vanguard Cal MM | D | Dividend | N | T | Buy | 7/17 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Note: Asset in Part VII, Line 170 of 2006 Report (Wrigley) sold 7/22/05; Value J; Gain A. Not held and no income during this reporting period (2006).

| Name of Person Reporting | Date of Report |
|---|---|
| HUFF, MARILYN L | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████     Date   5-14-07

NOTE: ANY INDI[████]R FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL
AND CRIMINAL S[████]ONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544